IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:08CR361 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Christopher A. Boyko |
| | ) | |
| ARIAN O'CONNOR, | ) | |
| | ) | |
| Defendant. | ) | <u>ORDER</u> |

    This matter was before the Court on July 30, 2014, for sentencing on the Government's request for revocation of Defendant Arian O'Connor's supervised release.  The Defendant was present and represented by counsel.

    A Supervised Release Violation hearing was held by Magistrate Judge George J. Limbert on July 11, 2014, at which time the Defendant admitted to and was found in violation of his supervision.  The Magistrate Judge issued a Report and Recommendation on that same date.

    The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant has violated his terms of supervised release.  The Defendant is sentenced to seventeen months custody of the Bureau of Prisons (BOP).  No further period of supervised release to follow.

    The Court recommends to the BOP that the defendant shall credit for time served in Federal custody.

The defendant is remanded to custody.

IT IS SO ORDERED.

s/ Christopher A. Boyko<br>CHRISTOPHER A. BOYKO<br>UNITED STATES DISTRICT JUDGE

DATED:  July 31, 2014